## CENTURY COMMUNICATIONS v. HOUSING AUTH. OF WILSON

No. 368PA84.

Case below: 68 N.C. App. 563.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 August 1984.

## CLELAND v. CRUMPLER

No. 304P84.

Case below: 68 N.C. App. 353.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## COLE v. DUKE POWER CO.

No. 296P84.

Case below: 68 N.C. App. 159.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

## CONNOR HOMES CORP. v. GRAHAM

No. 22P84.

Case below: 65 N.C. App. 622.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## CONRAD INDUSTRIES v. SONDEREGGER

No. 419P84.

Case below: 69 N.C. App. 159.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 August 1984.